UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WILLIS, JR.,<br>CDC #H-36974,<br>           Plaintiff,<br>v.<br>STEVE RITTER, et al.,<br>           Defendants. | Case No. 04-CV-2303-WQH (JMA)<br><br>**ORDER RE ORAL ARGUMENT** |

Currently scheduled on this Court's calendar for October 17, 2007 is Defendants' motion to compel production of records [Doc. No. 76]. The Court finds the motion suitable for determination on the papers and without oral argument. Accordingly, no appearances are required on October 17, 2007, and the motion will be deemed submitted as of that date.

**IT IS SO ORDERED.**

DATED: October 12, 2007

                                              Jan M. Adler
                                              U.S. Magistrate Judge