UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY WILLIS, JR.,<br>CDC #H-36974,<br><br>             Plaintiff,<br><br>v.<br><br>STEVE RITTER, et al.,<br><br>             Defendants. | Case No. 04-CV-2303-WQH (JMA)<br><br>**ORDER VACATING MANDATORY SETTLEMENT CONFERENCE, PRETRIAL CONFERENCE, AND DATES RELATED THERETO** |

    In view of the Order scheduling the hearing date on Defendants' motion for summary judgment for January 25, 2008, **IT IS HEREBY ORDERED** that the Mandatory Settlement Conference (scheduled for January 30, 2008), Pretrial Conference (scheduled for February 25, 2008), and dates related thereto, are <u>vacated</u>. The dates will be rescheduled, if appropriate, once a ruling has been issued on the motion for summary judgment.

    **IT IS SO ORDERED.**

DATED: December 3, 2007

                                          Jan M. Adler<br>
                                          U.S. Magistrate Judge